# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| DANIEL WAYNE BAKER, | |
| Defendant. | |

On July 22, 2020, the Court held an *ex parte* hearing on counsel for Defendant's Notice of Potential Conflict of Interest and Unopposed Request for Hearing.[1] Upon the record made in open court,

ORDERED:

1. Michael Donahoe, Esq. will be relieved of all further responsibility for Defendant once replacement counsel has been appointed and has appeared as counsel of record for the Defendant.

---

[1] Doc. 19.

2. The Federal Defenders of Montana shall submit a proposed order appointing another member of the CJA panel to represent Defendant on or before July 24, 2020.

DATED this 22nd day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge