# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE BAKER,<br><br>　　　　　　　　　Defendant. | CR 20-06-H-SEH<br><br>ORDER |

On July 28, 2020, the Court ordered a hearing on Defendant's Motion to Suppress Evidence[1] at 10:00 a.m. on August 11, 2020.[2] To assist the Court in presentation of evidence at the hearing,

ORDERED:

Each party shall file and serve upon opposing counsel, on or before **4:45 p.m. Friday, August 7, 2020,** separate lists of each witness expected to be called to testify and each exhibit expected to be offered at the August 7, 2020, hearing.

---

[1] Doc. 17.

[2] Doc. 36.

A copy of exhibits shall be mailed to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before **August 7, 2020.**

DATED this 5th day of August, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge