# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE BAKER,<br><br>       Defendant. | CR 20-06-H-SEH<br><br>ORDER |

A hearing on Defendant's Unopposed Motion to Change Plea was conducted on September 22, 2020. Upon the record made in open Court and the Court being duly advised,

ORDERED:

Defendant's Unopposed Motion to Change Plea was GRANTED. The Court having determined from the record that Defendant was fully competent and capable of entering an informed plea, that the defendant was aware of the nature of the charge and the consequences of the plea, and that the plea of guilty to the charge contained in the Indictment was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. The plea was accepted and Defendant was adjudged guilty of the offense.

Sentencing set by separate order of Court.[1]

DATED this 23rd day of September, 2020.

                                                /s/ Sam E. Haddon
                                                SAM E. HADDON
                                                United States District Judge

---

[1] *See* Doc. 61.